UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY B. ROBECHEK, | ) | **NEW CASE NO.   1:08-cv-01454 GSA** |
| | ) | |
| Plaintiff | ) | ORDER ASSIGNING CASE |
| | ) | RE PRESIDING JUDGE |
| vs | ) | |
| | ) | Old Case No.  1:08-cv-01454 OWW GSA |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on October 17, 2008 and Defendants filed their consent on October 27, 2008 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE

# NUMBERED AS FOLLOWS:

# 1:08-cv-01454-GSA

IT IS SO ORDERED.

**Dated:   October 28, 2008**             _____ **/s/ Oliver W. Wanger**_____
                                                      UNITED STATES DISTRICT JUDGE