1 BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
2 LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 SANTA FE SPRINGS, CALIFORNIA 90670-4756
TEL: 562/868-5886
4 FAX: 562/868-5491
Email: brian_rohlfing.office@speakeasy.net

Attorney for MARY ROBECHEK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ROBECHEK, | No. 1:08-CV-01454 GSA |
| Plaintiff, | STIPULATION TO DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/her own costs and expenses.

///
///
///
///
///

DATED: May 28, 2009    LAW OFFICES OF LAWRENCE D. ROHLFING

                       */s/ - Brian C. Shapiro*
                       _____
                       BRIAN C. SHAPIRO
                       Attorney for MARY ROBECHEK


DATED: May 28, 2009    LAWRENCE G. BROWN
                       Acting United States Attorney


                       */S/-ELIZABETH FIRER*

                       _____
                       Elizabeth Firer
                       SPECIAL ASSISTANT AUSA
                       Attorney for Defendant
                       [*By via email authorization on 5/28/09]

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.
  .
  IT IS SO ORDERED.


  **Dated:   May 28, 2009**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

2